# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

v.                                      NO. 4:08CR00247-01 HDY

JAMES DWAYNE HARSTON                                                                                      DEFENDANT

## ORDER

The Government has filed a motion to dismiss the pending revocation petitions. See Document 33. For the reasons identified in the Government's motion to dismiss, it is granted. The pending revocation petitions–Documents 16 and 24–are dismissed without prejudice, subject to the Government's right to re-file a petition to revoke should there by any additional violations.

IT IS SO ORDERED this __29__ day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE